ALINE McE. JOSEPH, Individually and as Administratrix of the Estate of ABATHA JOSEPH, Deceased, Respondent, *v.* CHARLES McVEIGH et al., Individually and as Executors and Trustees under the Will of LEWIS S. MORRIS, Deceased, et al., Defendants, and CITY OF NEW YORK, Appellant.

Argued October 17, 1955; decided November 23, 1955.

*Peter Campbell Brown, Corporation Counsel (Fred Iscol* and *Seymour B. Quel* of counsel), for appellant.

*Morris G. Zirin* and *Gerald H. Lessuk* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.